(November 30, 1970)

Ola White, as Administratrix of the Estate of George White, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 39940.)

---

\* Fictitious names.

885

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.